# Exhibit A

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**DECEMBER 2025**   **01865**

E-Filing Number: 2512034411

| | |
|---|---|
| **PLAINTIFF'S NAME**<br>JONATHAN MCCAUSLAND PHD | **DEFENDANT'S NAME**<br>THE PENNSYLVANIA STATE UNIVERSITY |
| **PLAINTIFF'S ADDRESS**<br>25 MAPLE AVENUE APT. 619<br>NEW ROCHELLE NY 10801 | **DEFENDANT'S ADDRESS**<br>OFFICE OF GENERAL COUNSEL 227 WEST BEAVER AVENUE SUITE 507<br>STATE COLLEGE PA 16801 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME**<br>JEANINE STAPLES-DIXON PHD |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS**<br>428 ALLEN ROAD 172 CHAMBERS BUILDING<br>STATE COLLEGE PA 16801 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME** |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS** |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 2 | ☐ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☒ Writ of Summons   ☐ Transfer From Other Jurisdictions |

**AMOUNT IN CONTROVERSY**
☐ $50,000.00 or less
☒ More than $50,000.00

**COURT PROGRAMS**
☐ Arbitration   ☐ Mass Tort   ☐ Commerce   ☐ Settlement
☒ Jury   ☐ Savings Action   ☐ Minor Court Appeal   ☐ Minors
☐ Non-Jury   ☐ Petition   ☐ Statutory Appeals   ☐ W/D/Survival
☐ Other:

**CASE TYPE AND CODE**
2L – LIBEL, SLANDER, MISREPRESENT

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
DEC 15 2025
L. BREWINGTON

**IS CASE SUBJECT TO COORDINATION ORDER?**
YES   NO

**TO THE PROTHONOTARY:**

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: JONATHAN MCCAUSLAND PHD

Papers may be served at the address set forth below.

| | |
|---|---|
| **NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY**<br>ANDREW WARSHAWER | **ADDRESS**<br>1125 WALNUT STREET<br>PHILADELPHIA PA 19107 |
| **PHONE NUMBER**<br>(215)592-1000 | **FAX NUMBER**<br>none entered |
| **SUPREME COURT IDENTIFICATION NO.**<br>337316 | **E-MAIL ADDRESS**<br>ANDREW.WARSHAWER@BEASLEYFIRM.COM |
| **SIGNATURE OF FILING ATTORNEY OR PARTY**<br>ANDREW WARSHAWER | **DATE SUBMITTED**<br>Monday, December 15, 2025, 10:11 am |

FINAL COPY (Approved by the Prothonotary Clerk)

**THE BEASLEY FIRM, LLC**  *Attorneys for Plaintiff*
By:   Lane R. Jubb, Jr., Esquire
         Andrew Warshawer, Esquire
ID No.  319272, 337316
1125 Walnut Street
Philadelphia, PA  19107-4997
(215) 592-1000
(215) 592.8360 (telefax)



*Filed and Attested by the Office of Judicial Records 15 DEC 2025 10:11 am L. BREWINGTON*

| | |
|---|---|
| **JONATHAN MCCAUSLAND, PhD**<br>25 Maple Avenue, Apt. 619<br>New Rochelle, NY, 10801<br><br>                                              Plaintiff,<br><br>      vs.<br><br>**THE PENNSYLVANIA STATE UNIVERSITY**<br>Office of the General Counsel<br>227 West Beaver Avenue, Suite 507<br>State College, PA, 16801<br><br>and<br><br>**JEANINE STAPLES-DIXON, PhD**<br>428 Allen Road<br>172 Chambers Building<br>State College, PA, 16801<br><br>                                              Defendants. | **PHILADELPHIA COUNTY COURT OF COMMON PLEAS**<br><br>_____ **Term, 2025**<br><br>**No.:** _____<br><br>**JURY TRIAL DEMANDED**<br><br>**PRAECIPE TO ISSUE WRIT OF SUMMONS** |

## PRAECIPE TO ISSUE WRIT OF SUMMONS

**TO THE PROTHONOTARY:**

Kindly issue a Writ of Summons upon the Defendants in the above-captioned Civil Action.

                                                                **THE BEASLEY FIRM, LLC**

Date:  15 December 2025         By:     */s/ Andrew M. Warshawer*
                                                                LANE R. JUBB, JR., ESQUIRE
                                                                ANDREW M. WARSHAWER, ESQUIRE
                                                                Attorneys for Plaintiff

**THE BEASLEY FIRM, LLC**
1125 WALNUT STREET
PHILADELPHIA, PA  19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

**MCCAUSLAND V. THE PENNSYLVANIA STATE UNIVERSITY, ET AL.**
PRAECIPE TO ISSUE WRIT OF SUMMONS

Case ID: 251201865

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

*Filed and Attested by the Office of Judicial Records 15 DEC 2025 10:11 am L. BREWINGTON*

| | | |
|---|---|---|
| Jonathan McCausland, PhD | : | COURT OF COMMON PLEAS |
| *Plaintiff* | : | |
| | : | _____ Term, 20____ |
| vs. | : | |
| | : | No._____ |
| The Pennsylvania State University, et al. | : | |
| *Defendants* | : | |

To[1]
ALL DEFENDANTS
(See attached list)

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandantes*

Jonathan McCausland, PhD

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*



ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date: December 15, 2025



10-208 (Rev. 6/14)

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 251201865

## Court of Common Pleas

_____ Term, 20 _____

No. _____

Jonathan McCausland, PhD
_____
*Plaintiff*

vs.

The Pennsylvania State University, et al.
_____
*Defendants*

## SUMMONS

Lane R. Jubb, Jr., Esquire
Andrew M. Warshawer, Esquire
The Beasley Firm, LLC
1125 Walnut Street
Philadelphia, PA 19107
(215) 592-1000
Attorneys for Plaintiff

*McCausland v. The Pennsylvania State University, et al.*

## LIST OF DEFENDANTS

THE PENNSYLVANIA STATE UNIVERSITY
Office of the General Counsel
227 West Beaver Avenue, Suite 507
State College, PA, 16801

and

JEANINE STAPLES-DIXON, PhD
428 Allen Road
172 Chambers Building
University Park, PA, 16802

Case ID: 251201865