**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JONATHAN MCCAUSLAND, PHD,**<br>*Plaintiff,*<br><br>**v.**<br><br>**THE PENNSYLVANIA STATE UNIVERSITY and JEANINE STAPLES-DIXON, PHD,**<br>*Defendants.* | **Civil No. 25-7128** |

**ORDER**

**AND NOW,** on this 18th day of September, 2026, upon consideration of the Motions to Dismiss of Defendant Jeanine Staples-Dixon (ECF No. 17) and Defendant Penn State University (ECF No. 16), and all corresponding briefing, it is hereby **ORDERED** as follows for the reasons stated in the accompanying memorandum:

1) Defendant Staples-Dixon's Motion to Dismiss (ECF No. 17) is **DENIED**; and

2) Defendant Penn State University's Motion to Dismiss (ECF No. 16) is **GRANTED**. Counts I and III of the Amended Complaint are hereby **DISMISSED** without prejudice.

It is further **ORDERED** that Plaintiff may file a second amended complaint no later than October 2, 2026.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge